MEYER SILBERSTEIN, Appellant, v. BENJAMIN H. WHINSTON and BERTJUN HOLDING CORPORATION, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

ESTHER SILVER, Respondent, v. CITY OF YONKERS and Others, Appellants. (Actions No. 1 and 2.) — Motion to dismiss appeals denied upon condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

HARRY SILVER, Respondent, v. CITY OF YONKERS and Others, Appellants.— Motion to dismiss appeals denied upon condition·that appellants perfect the appeals for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

LILLIAN SILVER, Respondent, v. CITY OF YONKERS and Others, Appellants.— Motion to dismiss appeals denied upon condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

FRED WELLS, Respondent, v. RAY H. ARNOLD, Appellant.— Motion for reargument denied. The plaintiff cannot succeed in this action unless he establish a cause of action at law. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

BOYD WILKIE, Respondent, v. PRISCILLA WILKIE GORDON and Others, Defendants. PAUL LAVENBURG, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazanasky, P. J., Young, Kapper, Carswell and Scudder, JJ.

PIERRE M. BROWN and Others, Respondents, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

B. F. GOODRICH RUBBER COMPANY, Appellant, v. F. STUART ALEXANDER, Respondent.— Order in so far as it opens defendant's default and permits the service of an answer modified by striking out the words " to abide the event " as the same relates to the allowance of fifteen dollars costs. As so modified, the order is affirmed, with ten dollars costs and disbursements to respondent; answer to be served within ten days from service of a copy of the order herein. It was error to direct that costs of the motion should abide the event. (*Richardson* v. *Sun Publishing Co.*, 20 App. Div. 329.) Lazansky, P. J., Rich, Kapper and Scudder, JJ., concur; Hagarty, J., dissents and votes to reverse.

JULIETTE HARRIS, Respondent, v. MARY WEISGERBER, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

MARY-JANE HUNGATE, Appellant, v. WILSON HUNGATE, Respondent.— Order denying plaintiff's motion for an injunction affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.